AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

SERVED

MALISA "MARK" HAYES

*Plaintiff(s)*

v.

Civil Action No. 3:23-cv-03795-GCS

BROADWAY RESTAURANT GROUP, LLC d/b/a BURGER KING

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BROADWAY RESTAURANT GROUP, LLC
d/b/a BURGER KING
c/o REGISTERED AGENT SOLUTIONS, INC.
901 S. 2ND STREET SUITE 201
SPRINGFIELD, IL 62704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2023

*Signature of Clerk or Deputy Clerk*

ClientCaseID:          72641          CaseReturnDate:   11/30/23

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS

Case Number **3:23-CV-03795**

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT BROADWAY RESTAURANT GROUP, LLC.
PERSON SERVED STACY LAATSCH, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 11/30/23

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

Sex FEMALE   Race WHITE   Age 50   Height 5'5"   Build 120#   Hair BLN

LOCATION OF SERVICE **901 S 2ND ST STE.201 SPRINGFIELD, IL, 62703**

Date Of Service 11/30/23     Time of Service 2:55 PM

JOHN PENNELL     11/30/2023
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.